HONORABLE JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICK SCHREIBER, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br>SIG SAUER INC., a Delaware corporation,<br><br>    Defendant. | No. 2:25-cv-02303<br><br>**~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

This matter came before the Court on the Parties' Stipulated Motion for Extension of Time to Respond to Complaint and Briefing Schedule for Motion to Dismiss (the "Motion"). Having reviewed the Motion, the Court finds good cause to grant the extension of the deadline requested, as follows:

1. The deadline for Defendant to respond to Complaint is extended to March 5, 2026.

2. The briefing schedule for Defendant's Motion to Dismiss is as follows:

- Motion to Dismiss: March 5, 2026

~~(PROPOSED)~~ ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS – 1
No. 2:25-cv-02303-JLR

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

1  • Opposition to Motion to Dismiss: March 26, 2026

2  • Reply to Motion to Dismiss: April 9, 2026

3  IT IS SO ORDERED.

4  DATED this 12th day of ___January___, 2026.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS – 2
No. 2:25-cv-02303-JLR

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

*Presented by:*

CORR CRONIN LLP

*s/ Emily J. Harris*
Emily J. Harris, WSBA No. 35763
1015 Second Ave., Floor 10
Seattle, WA 98104
(206) 625-8600 Phone
(206) 625-0900 Fax
eharris@corrcronin.com

*Attorneys for Defendant*

WILLIAMS DIRKS DAMERON LLC

*s/ Matthew L. Dameron* (by email permission)
Matthew L. Dameron, *admitted pro hac vice*
Clinton J. Mann, *admitted pro hac vice*
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Facsimile: (816) 945-7118
matt@williamsdirks.com
cmann@williamsdirks.com

TERRELL MARSHALL LAW GROUP PLLC
Amanda M. Steiner, WSBA #29147
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
asteiner@terrellmarshall.com

*Attorneys for Plaintiff*

(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS – 3
No. 2:25-cv-02303-JLR

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin LLP, attorneys for Defendant.

2. On January 12, 2026, I caused a true and correct copy of the foregoing document to be served on the following via the courts ECF filing system and email:

TERRELL MARSHALL LAW GROUP PLLC
Amanda M. Steiner, WSBA #29147
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
asteiner@terrellmarshall.com

WILLIAMS DIRKS DAMERON LLC
Matthew L. Dameron, *admitted pro hac vice*
Clinton J. Mann, *admitted pro hac vice*
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Telephone: (816) 945-7110
Facsimile: (816) 945-7118
matt@williamsdirks.com
cmann@williamsdirks.com

*Counsel for Plaintiff*

DATED at Seattle, Washington on January 12, 2026.

*s/ Elizabeth F. Roth*
Elizabeth F. Roth, Legal Secretary

(PROPOSED) ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND BRIEFING SCHEDULE FOR MOTION TO DISMISS – 4
No. 2:25-cv-02303-JLR

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, WA 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900